CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2007

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD ROBERT PILCHER,<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:07-cv-00279<br>) |
| v. | ) DISMISSAL ORDER<br>) |
| STEVEN A. MCGRAW, et. al.,<br>Defendant(s). | )<br>) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and 28 U.S.C. § 1367(c), and the action stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 5th day of June, 2007.

/s/ James C. Turk
Senior United States District Judge